**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1596

CHRISTINE M. OWEN,

Plaintiff - Appellant,

v.

LIBERTY UNIVERSITY; NICOLE M. DILELLA, both individually and in her official capacity as Liberty University CES faculty/professor; MARY DEACON, both individually and in her official capacity as Liberty University CES faculty and CACREP liaison; DENISE DANIEL, both individually and in her official capacity as Liberty University CES faculty/professor; ELIAS MOITINHO, both individually and in his official capacity as Liberty University CES faculty; ERIC CAMDEN,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, Senior District Judge. (6:19-cv-00007-NKM-RSB)

Submitted: December 8, 2021                    Decided: January 13, 2022

Before NIEMEYER, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christine M. Owen, Appellant Pro Se. Heidi Elizabeth Siegmund, Summer Speight, MCGUIREWOODS, LLP, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christine M. Owen appeals the district court's order granting Defendants' motion to dismiss Owen's civil complaint under Fed. R. Civ. P. 12(b)(6); granting Defendants' motion to strike Owen's surreply; and dismissing as moot all outstanding motions, including Owen's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Owen v. Liberty Univ.*, No. 6:19-cv-00007-NKM-RSB (W.D. Va. Apr. 13, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*